IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED,

    Defendant.

CASE NO.: 24-453 (MAJ)

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney, and very respectfully states and prays as follows:

1. Attached to this motion is a sealed envelope containing pleadings that are self-explanatory.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept under seal until the first defendant is arrested in the instant case.

WHEREFORE, the United States respectfully prays this Honorable Court to grant this request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of December 2024.

    s/ Laura Díaz-González
    Laura Díaz-Gonzalez
    Assistant U.S. Attorney
    USDC-PR 308313
    350 Chardon Street, Suite 1201
    San Juan, PR 00918
    laura.diaz-gonzalez@usdoj.gov